# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON,<br><br>        Plaintiff,<br><br>        v.<br><br>D. FOSTON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01758-SKO PC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 21 DAYS |

Plaintiff Percy Stockton ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted a proper application to proceed in forma pauperis.

The Court ordered Plaintiff to submit a proper in forma pauperis application using the forms provided by the Court on September 27, 2010. (Doc. #4.) Instead of using the forms with which he was provided, on September 29, 2010, Plaintiff filed an application which appears to be an in forma pauperis application used by a different court. Plaintiff must submit an application using the forms provided by this Court.

On October 25, 2010, Plaintiff informed the Court that he is unable to submit a proper in forma pauperis application because a correctional officer in the law library is harassing him. Plaintiff contends that the officer is "dissorting" Plaintiff's legal materials and is refusing to make copies for Plaintiff.

Plaintiff's argument is not persuasive. It is unclear why Plaintiff needs the assistance of a prison official to submit an in forma pauperis application. Since Plaintiff has demonstrated that he

is able to submit applications to proceed in forma pauperis which are not in the proper form, he is presumably capable of submitting applications using the correct forms. Plaintiff does not need access to the law library, copying services, or exhibits to fill out an application to proceed in forma pauperis. Plaintiff simply needs to complete the attached form and mail it back to the Court.

The Court will provide Plaintiff with one final opportunity to submit the attached application to proceed in forma pauperis or pay the $350.00 filing fee for this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall complete the attached application within twenty-one (21) days of the date of service of this order; and

2. Plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint within sixty (60) days of the date of service of this order.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   February 2, 2011**             /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE