IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY STOCKTON, | 1:10-cv-01758-SMS (PC) |
| Plaintiff, | ORDER STRIKING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | (ECF No. 12) |
| INCE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 24, 2010. On March 23, 2011, this action was dismissed, without prejudice, for Plaintiff's failure to pay the filing fee or file an application to proceed in forma pauperis. On May 12, 2011, Plaintiff filed a motion seeking leave to proceed in forma pauperis. Plaintiff alleges that he submitted the in forma pauperis form, but prison officials are interfering with his mail. The Court has reviewed the form submitted by Plaintiff and it lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915. This action was dismissed without prejudice, and was closed on March 23, 2011. If Plaintiff desires to proceed with his claims he is directed to file a new action and submit his complaint with the appropriate in forma pauperis form..

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is STRICKEN from the record; and

-1-

1  2.     The Clerk of the Court is directed to mail a prisoner in forma pauperis application to
2          Plaintiff.
3     IT IS SO ORDERED.
4  **Dated:**   **May 18, 2011**                      /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE